FILED
CLERK, U.S. DISTRICT COURT

SEP 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _DAM_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 98-00924-R |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| ) | Allegations of Violations of |
| MARCO TORRES-MONTES, ) | Probation/Supervised Release |
| ) | Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the _CDCA_ involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

The Court concludes:

    A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by conditions of release_

IT IS ORDERED defendant be detained.

DATED: September 8, 2008

_Carolyn Turchin_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE